USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James J. Boscola, as the personal representative of Bradley R. Sprout | 3:12-cv-00280 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| M/V TOPAZ CAPTAIN | SERVICE OF COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MASTER OF THE M/V TOPAZ CAPTAIN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4000 HARBORSIDE DR., GALVESTON, TX 75544

United States Courts
Southern District of Texas
FILED

SEP 26 2012

Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

SUTLIFF & STOUT, PLLC
550 POST OAK BLVD., SUITE 530
HOUSTON, TX 77027

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

RECEIVED
UNITED STATES MARSHAL
2012 SEP 24 AM 11: 42
SOUTHERN DIST. S/TX

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 713-987-7111
DATE: 9/24/12

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 7↑ | District to Serve No. 7↑ | Signature of Authorized USMS Deputy or Clerk William Brock | Date 9-24-12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Captain Gliwa, Pawel  UMS-54149-00-7954-395/2011

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 9-24-12 | 14:00 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy
William Brock

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $110.00 | $2.22 | | $112.22 | $5,000 | TBD |

REMARKS: Served Captain Gliwa, Pawel

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80