IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 2 6 2012

, Clerk of Court

| | | |
|---|---|---|
| JAMES J. BOSCOLA, as the personal representative of Bradley R. Sprout | § § § | |
| VS. | § | C.A. NO. H-06-1003 |
| | § | |
| M/V TOPAZ CAPTAIN, her engines, boilers, tackle, furniture, apparel, etc., *in rem* and TEAM XVI LIMITED, *in personam* | § § § § | IN ADMIRALTY – RULE 9(h) |

## STATEMENT OF RIGHT OR INTEREST

COMES NOW River Till Shipping Ltd. for interests of itself as owner pro hac vice of the M/V TOPAZ CAPTAIN, her engines, tackle, etc., and, pursuant to Rule E(8) of the Supplemental Rules for Federal Admiralty and Maritime Claims of Federal Rules of Civil Procedure, makes this restricted appearance to claim said vessel to defend Plaintiff's claims against the vessel, *in rem*. Further, Claimant avers that as of the time of the incident set forth herein, it was the true and bona fide owner pro hac vice of the M/V TOPAZ CAPTAIN, her engines, tackle, etc., and the owner of certain goods and chattels thereon; and wherefore prays to defend accordingly.

Respectfully submitted,

EASTHAM, WATSON, DALE AND FORNEY, L.L.P.

Robert L. Klawetter
State Bar No. 11554700
808 Travis Street, Suite 1300
Houston, TX 77002
Telephone: (713) 225-0905
Telefacsimile: (713) 225-2907

Attorney for Claimant,
River Till Shipping, Ltd.

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing pleading on **September 26, 2012**, and that a true and correct copy of the foregoing will be served on counsel of record the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Houston Division, and/or telefax, certified mail, return receipt requested, as enumerated below.

_____
Robert L. Klawetter

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Robert L. Klawetter, a person whose identify is known to me and who, after being by me first duly sworn, upon his oath, stated as follows:

I am the attorney for River Till Shipping Ltd. The facts set forth in the foregoing Statement of Right or Interest are true and correct based upon information provided to me as attorney for River Till Shipping Ltd.

_____
Robert L. Klawetter

SWORN TO and SUBSCRIBED before me on this 26th day of September, 2012.

_____
Notary Public in and for
The State of TEXAS

JULIE EBERHARDT
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 11, 2015

My Commission Expires: 04-11-15

3