IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAMES J. BOSCOLA, AS THE PERSONAL REPRESENTATIVE OF BRADLEY R. SPROUT | § § § § | |
| V. | § § | C.A. No. 3:12-cv-00280 |
| M/V TOPAZ CAPTAIN, *her engines, boilers, tackle, furniture, apparel, etc.,* in rem, *and* TEAM XVI LIMITED, *in personam* | § § § § § | ADMIRALTY |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff James J. Boscola, as personal representative of Bradley R. Sprout, Deceased, and announces to the Court that this matter has been compromised and settled and requests that Plaintiff's entire cause against M/V TOPAZ CAPTAIN and Team XVI Limited and all claims against the Third Party Defendants be dismissed with prejudice, with court costs to be borne by the party incurring the same.

Respectfully submitted,

SUTLIFF & STOUT, PLLC

By: /s/ *William H. Stout*
William H. Stout
State Bar No. 24047260
Graham E. Sutliff
State Bar No. 24046935
550 Post Oak Blvd., Suite 530
Houston, Texas 77027
(713) 987-7111
(713) 987-7115 (Fax)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been furnished to all counsel of record via electronically, facsimile, hand delivery, United States regular mail, and/or certified mail-return receipt requested, on the 11th day of March 2013, as indicated:

*VIA THE CM/ECF SYSTEM*
Robert L. Klawetter
Christina K. Schovajsa
Eastham, Watson, Dale & Forney, L.L.P.
The Niels Esperson Building
808 Travis, Suite 1300
Houston, Texas 77002.

*Attorneys for Claimant/Third Party Plaintiff*
*River Till Shipping Limited*

*VIA THE CM/ECF SYSTEM*
Timothy W. Strickland
FOWLER RODRIGUEZ VALDES-FAULI
Four Houston Center
1331 Lamar Street, Suite 1560
Houston, Texas 77010

*Attorneys for Third Party Defendant*
*Global Diving & Salvage, Inc.*

*VIA THE CM/ECF SYSTEM*
James Patrick Cooney
Christopher W. Ogle
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
711 Louisiana Street, Suite 500
Houston, Texas 77002

*Attorneys for Third Party Defendants*
*Mammoet Salvage Americas, Inc.*
*and Boa Marine Services Inc.*

                                                   /s/ William H. Stout
                                                   William H. Stout